# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| BRENT EDWARD RENEAU, | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. H-05-3413 |
| DOUG DRETKE, | § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 6th day of October, 2005.

_____
DAVID HITTNER
United States District Judge